UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAMI DUVALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01239-SEB-TAB |
| | ) | |
| STATE OF INDIANA, | ) | |
| | ) | |
| Respondent. | ) | |

**Order to Show Cause – State Prisoner**

Indiana prisoner Tami Duvall paid the filing fee and filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging her 2011 convictions for murder, insurance fraud, and obstruction of justice, in Indiana Case No. 03A04–1108–CR–447. Dkts. 1; 5.

## I.    Motion to Amend the Petition

Ms. Duvall filed her petition on June 20, 2025. Dkt. 1. On December 19, 2025, Ms. Duvall filed a motion to amend the petition and unsigned and unverified amended petitions, dockets 12 to 14. This Court deferred its ruling on the motion to amend the petition and directed Ms. Duvall to sign and verify under the penalty of perjury her amended petition and resubmit it to the Court. Dkts. 15; 24; 26. Ms. Duvall has since timely complied with the Court's orders by filing two signed and verified amended petitions. Dkts. 27; 28.

A petitioner may amend his petition once as a matter of course "no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), *whichever is earlier*." Fed. R. Civ. P. 15(a)(1) (emphasis added). "The court should freely

1

give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court **grants**, in the interests of justice, the motion to amend the petition, docket 14.

### II.    Order Striking Duplicate Amended Petition

The Court concludes that Ms. Duvall filed duplicate amended petitions, dockets 27 and 28. Rule 12(f) of the Federal Rules of Civil Procedure states that, "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The Court orders that the Clerk of Court **strike** docket 27 as redundant, and orders that the amended petition, docket 28, is the operative amended petition.

### III.    Order to Show Cause

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent is **ORDERED to enter an appearance by July 16, 2026.** Rule 5(b) provides that respondent's answer "must address the allegations in the petition. In addition, it must state whether any claim in the petition is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations." Rule 5(b). This action will proceed along one of the two following tracks:

**Track 1**: If respondent argues that **all** claims in the petition are subject to one of the procedural bars for dismissal outlined in Rule 5(b), respondent **is ORDERED to file a motion to dismiss based on a complete procedural bar by August 13, 2026**. Petitioner shall have **21 days to respond**. Respondent will then have **7 days after the docketing of the response in which to reply**. If the motion to dismiss is denied, respondent shall have **21 days** from the date the motion is denied to brief the merits, and petitioner shall have **28 days** to reply.

2

**Track 2**: If Track 1 does not apply, respondent **is ORDERED to answer the petition by September 3, 2026.** This is respondent's only opportunity to address the allegations in the petition. Petitioner shall have **28 days** to reply to the return to the order to show cause.

Other than the two briefing tracks set forth above, no further briefing will be permitted absent Order of the Court. **The Court does not anticipate extending respondent's deadlines absent respondent specifically setting forth extraordinary circumstances.**

**IT IS SO ORDERED.**

Date: _____7/1/2026_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TAMI DUVALL
215966
INDIANA WOMENS PRISON
INDIANA WOMENS PRISON
Inmate Mail/Parcels
727 Moon Road
Plainfield, IN 46168

Tyler G. Banks
INDIANA ATTORNEY GENERAL
tyler.banks@atg.in.gov